In the Matter of CLEMENT JAVETE, Respondent, against BOARD OF SUPERINTENDENTS OF THE BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Appellants.

Argued February 19, 1945; decided April 5, 1945.

*Ignatius M. Wilkinson, Corporation Counsel (Joseph G. De Vito, Joseph F. Mulqueen, Jr.* and *Edna Glassman* of counsel), for Board of Superintendents of the Board of Education of the City of New York and others, appellants.

*George D. Hornstein* for Irma E. Mohr, appellant.

*Austin B. Mandel* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: DYE, J.